Motion for reargument denied. Stay granted November 30, 1936, by Bliss, J., is dissolved as of January 12, 1937. Application of Harold B. Slingerland for permission to withdraw his appearance as the representative of the defendant in this action granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of HENRY J. WILSON for an Order Restraining EVERETT LEE and HAROLD L. NEWKERK, Constituting the Board of Elections of the County of Delaware, from Preparing Ballots for the Submission of Questions Contained in Group A, Article 9, Section 141 of the Alcoholic Beverage Control Law to the Voters of the Town of Walton, Delaware County, New York, at the General Election to Be Held November 3, 1936, and an Order Restraining ALEXANDER J. NEISH, Town Clerk of the Town of Walton, Delaware County, New York, from Printing, Publishing and Posting Notices That the Questions Set Forth in Group A of the Alcoholic Beverage Control Law as Contained in Article 9, Section 141, Will Be Voted on at the General Election to Be Held November 3, 1936, by the Electors of the Town of Walton, Delaware County, New York.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of BEYERDALE DAIRY, INC., Petitioner, for a Certiorari Order against PETER G. TEN EYCK, Commissioner of Agriculture and Markets of the State of New York, and KENNETH F. FEE, Director, Division of Milk Control, Defendants.— Review by certiorari of a determination of the Commissioner of Agriculture and Markets revoking petitioner's milk dealer's license and imposing a penalty for a violation of an order of the Commissioner as to the sales price of milk. No findings of fact were made by the Commissioner prior to the determination. On the argument, the Commissioner submitted proposed findings and asked that they be ordered filed *nunc pro tunc* as of a time prior to the determination. These proposed findings are wholly inadequate. They are mere recitals of evidence and do not state the facts found. Determination annulled, on the ground that there are no findings to support it, and matter remitted, with fifty dollars costs and disbursements to the petitioner. (*Matter of Elite Dairy Products, Inc.*, v. *Ten Eyck*, 271 N. Y. 488.) Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

In the Matter of the Estate of JAMES CLYNES, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. The court calls attention of the members of the bar that applications for reargument or for leave to appeal to the Court of Appeals must be accompanied by the statement of the decision or the opinion rendered in connection with it. Failure to comply with that rule will result in the denial of the application. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FRED A. WILLIAMS, Commissioner of Welfare of the County of Tompkins, Appellant, v. COUNTY OF NIAGARA and CHARLES WALKER, Commissioner of Welfare of the County of Niagara, Respondents.— This is an action by the commissioner of welfare of Tompkins county against the commissioner of welfare of Niagara county to collect for relief furnished by Tompkins county to a person injured in an automobile accident. The woman in question was the legal wife of Byron Bodle, who had a settlement in Niagara county. They had